United States District Court
For the Northern District of California

1

2

3                       UNITED STATES DISTRICT COURT

4                      NORTHERN DISTRICT OF CALIFORNIA

5                              OAKLAND DIVISION

6

7    MICHAEL WOODS,

8                      Petitioner,              No. C 14-0077 PJH (PR)

9       vs.                                     **ORDER DISMISSING CASE**
                                                **AND DENYING CERTIFICATE**
10   TIM VIRGA,                                  **OF APPEALABILITY**

11                      Respondent.
                                          /
12

13          Petitioner, a California prisoner has filed a pro se petition for a writ of habeas corpus

14   pursuant to 28 U.S.C. § 2254.  Court records indicate that petitioner filed a habeas petition

15   in case No. C 13-0009 PJH (PR) that was stayed to exhaust further claims.  A review of the

16   petition in this case reveals that the petition involves the same underlying conviction as the

17   stayed case.  It appears petitioner filed this petition as a new case when it should have

18   been filed in the earlier case.  This case will be dismissed and the court will address the

19   petition in case No. C 13-0009 PJH (PR).

20                                 **CONCLUSION**

21          1.  The petition is **DISMISSED**.  Because reasonable jurists would not find the result

22   here debatable, a certificate of appealability ("COA") is **DENIED** in both cases.  *See Slack*

23   *v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA).  The clerk shall close the

24   file.

25          2.  The motion to proceed in forma pauperis (Docket No. 2) is **DENIED**.

26          3.  The Clerk shall file this petition (Docket No. 1) in the earlier case, No. C 13-0009

27   PJH (PR) as an "Amended Petition".

28

**United States District Court**

For the Northern District of California

1    **IT IS SO ORDERED.**

2

3    Dated: January 17, 2014.

        PHYLLIS J. HAMILTON
4                                                         United States District Judge

5
     G:\PRO-SE\PJH\HC.14\Woods0077.dsm.wpd
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2